# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY GENE MOTEN,<br><br>             Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER<br>R. VELLA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:04-CV-6412-REC-LJO-P<br><br>ORDER RECUSING MAGISTRATE JUDGE LAWRENCE J. O'NEILL AND REASSIGNING CASE TO MAGISTRATE JUDGE WILLIAM M. WUNDERLICH |

      Plaintiff Rickey Gene Moten ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. After reviewing plaintiff's complaint pursuant to 28 U.S.C. § 1915A, it appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter. Specifically, the undersigned conducted the underlying trial and made specific findings in orders that conflict with the Plaintiff's position in his current newly-filed claims. The appearance of impropriety is a concern to the undersigned. The ego of a Judge to keep a case simply because that Judge is certain that he or she can and will be fair and follow the law in all circumstances, should never affect the absolute need to keep intact the appearance of the fairness of the Court even to a casual observer.

      Accordingly,

      1.      The undersigned recuses himself as the Magistrate Judge to whom this case is

1  assigned; and

2      2.    This case shall be reassigned to the docket of Magistrate Judge William M.
3  Wunderlich, and that all future pleadings and/or correspondence be hereinafter numbered as:

4                        **1:04-CV-6412-REC-WMW-P**

5  ///

6      Plaintiff is advised that use of an incorrect case number, including the judges' initials, may
7  result in a delay of documents being processed and copies thereof being correctly distributed and
8  received by the appropriate judicial officer.

9

10  IT IS SO ORDERED.

11  **Dated:**   **August 3, 2005**          /s/ Lawrence J. O'Neill
    b9ed48                               UNITED STATES MAGISTRATE JUDGE

12