## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**RICKEY GENE MOTEN,**

    **Plaintiff,**                   **CV F 04 6412 OWW WMW P**

  **vs.**                                    **ORDER RECUSING**
                                      **U.S. DISTRICT JUDGE**
                                      **LAWRENCE J. O'NEILL**

**C/O R. VELLA, et al.,**

    **Defendants.**

        **Plaintiff is a formef state prisoner proceeding pro se in a civil rights action. This case was initially assigned to U.S. District Judge Robert E. Coyle and referred to U.S. Magistrate Judge Lawrence J. O'Neill.**

        **On August 3, 2005, an order was entered by the undersigned, at the time the assigned Magistrate Judge, recusing himself on ground that the undersigned conducted the underlying trial in this matter and made specific findings in orders that conflict with Plaintiff's position in this case. OnFebruary 20, 2007, this action was reassigned to the undersigned as the assigned U.S. District Judge due the recent appointment to the U.S. District Court.**

        **Accordingly, IT IS HEREBY ORDERED that the undersigned is recused as the U.S. District Judge in this case for the reasons set forth in the order of August 3, 2005.**

1 **IT IS FURTHER ORDERED that this case shall be reassigned to the docket of U.S.**
2 **District Judge Oliver W. Wanger, and that all future pleadings and/or correspondence be**
3 **numbered as:**
4                     **CV F 04 6412 OWW WMW P**
5       **Plaintiff is advised that the use of an incorrect case number, including the**
6 **judges' initials, may result in a delay of documents being processed and copies being**
7 **incorrectly distributed and received by the appropriate judicial officer.**

12 IT IS SO ORDERED.
13 **Dated:   June 11, 2007**           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE